# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

CASE NO._____8:17-mj-1689-T-MAP_____          DATE: _____September 26, 2017_____

HONORABLE __MARK A. PIZZO__          INTERPRETER __N/A__
                                      LANGUAGE _____

UNITED STATES OF AMERICA              Jim Preston, AUSA
                                      Government Counsel
v.

ANTHONY BLAND                         Adam Allen, AFPD
Defendant                             Defense Counsel

COURT RPTR/TAPE__Digital__            DEPUTY CLERK ____Eric Calderon____

TIME: 2:49 - 3:00          TOTAL: 0:11          COURTROOM __11B__

PROCEEDINGS: **INITIAL APPEARANCE / BOND / SOUTHERN DISTRICT OF NEW YORK**

(Circle proceedings that apply)

| | |
|---|---|
| __X__ | Deft provided w/copy of _____Indictment_____ |
| __X__ | ARREST DATE: 9/26/17 |
| __X__ | Court summarized charges |
| __X__ | Court advises of Deft's Rule 5 rights |
| __X__ | Financial Affidavit submitted for approval |
| __X__ | FPD appointed for today's purposes, to be determined by Magistrate Judge in New York |
| __X__ | Defendant Reserves on Preliminary Examination Hearing |
| __X__ | Deft waives Identity Hearing |
| __X__ | Govt position on [X] release or [ ] detention: $100,000.00 Appearance Bond |
| __X__ | Defendant does not oppose Government's position on issue of Bond. |
| | |
| __X__ | Court sets bond for defendant: $100,000.00 Appearance Bond (personal surety) |
| __X__ | Pretrial Services Supervision |
| __X__ | Travel is enlarged to the Central District of California and the State of New York |