## UNITED STATES DISTRICT COURT
### Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Elizabeth M. Warren, Clerk                                    LeKeeshia Jones
(813) 301-5412                                                Tampa Division Manager
                                                              (813) 301-5470

**CLERK, U.S. DISTRICT COURT**
**Southern District of New York**
**500 Pearl St., Room 120**
**New York, N.Y. 10007-1312**

        **RE:    United States of America v. Anthony Bland**
             **Our Case No. 8:17-MJ-1689-T-MAP**
             **Your Case No. 17-MAG-7119**

Dear Clerk:

      Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 5.

(X)        Original Magistrate Judge case documents

( )         Certified file (pertinent papers only)

(X)        Bond paperwork consisting of appearance bond.

      Should you have any questions, please do not hesitate to contact me at (813) 301-5895

      Thank you.

                                          Very truly yours,

                                          SHERYL L. LOESCH, CLERK

                                  BY: *E. Calderon*

**Enclosures**.                                      E. Calderon, Deputy Clerk